IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
LINCOLN POWER, L.L.C., *et al.*,[1]                          :   Case No. 23-10382 (LSS)
                                                             :
       Debtors.                                            :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x   **Re: D.I. 131**

### NOTICE OF BID PROCEDURES, AUCTION, AND DEADLINES RELATING TO THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS

    **PLEASE TAKE NOTICE** that on May 1, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") in the above-captioned cases (the "**Bankruptcy Cases**") filed a *Motion of Debtors for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of All or Substantially All of the Debtors' Assets, (II) Scheduling Bid Deadlines and an Auction, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (V) Granting Related Relief* [Docket No. 131] (the "**Bid Procedures Motion**").[2] The Debtors seek to complete a sale (the "**Sale**") of all or substantially all their assets (the "**Assets**") to a prevailing bidder or bidders (the "**Successful Bidder**") at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code (the "**Auction**").

    **PLEASE TAKE FURTHER NOTICE** that, on May 26, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 205] (the "**Bid Procedures Order**") approving the Bid Procedures set forth in the Bid Procedures Motion (the "**Bid Procedures**"), which set the key dates and times related to the Sale of the Debtors' Assets. **All interested bidders should carefully read the Bid Procedures**. To the extent there are any inconsistencies between the Bid Procedures and the summary description of its terms and conditions contained in this notice, the terms of the Bid Procedures shall control.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Debtors must receive a Qualified Bid from interested bidders in writing on or before **June 20, 2023, at 4:00 p.m. (prevailing Eastern Time)** or such later date as may be agreed to by the Debtors (the "**Bid Deadline**"). To be considered, Qualified Bids must be sent to the following on or before the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Lincoln Power, L.L.C. (6449); Cogentrix Lincoln Holdings, LLC (6060); Cogentrix Lincoln Holdings II, LLC (4004); Elgin Energy Center Holdings, LLC (N/A); Elgin Energy Center, LLC (4819); Valley Road Holdings, LLC (N/A); Valley Road Funding, LLC (1587); and Rocky Road Power, LLC (2701). The Debtors' address is 13860 Ballantyne Corporate Place, Suite 300, Charlotte, North Carolina 28277.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures Motion.

30418058.1

US-DOCS\141857898.2

Bid Deadline: (i) the Debtors' investment banker, Guggenheim, Attn: Morgan Suckow (Morgan.Suckow@guggenheimpartners.com), Ofir Nitzan (Ofir.Nitzan@guggenheimpartners.com), and Zachary Yost (Zachary.Yost@guggenheimpartners.com); and (ii) the Debtors' counsel, (a) Latham & Watkins, LLP, Attn: Caroline Reckler (Caroline.Reckler@lw.com), Andrew D. Sorkin (Andrew.Sorkin@lw.com), Brett M. Neve (Brett.Neve@lw.com), and Randall Carl Weber-Levine (Randall.Weber-Levine@lw.com), and (b) Young Conaway Stargatt & Taylor LLP, Attn: Michael R. Nestor (MNestor@ycst.com) and Kara Hammond Coyle (KCoyle@ycst.com).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, if the Debtors receive one or more Qualified Bids by the Bid Deadline, the Auction will be conducted on **June 26, 2023, at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, or at such other place, date and time as may be designated by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, the Debtors have designated certain executory contracts and unexpired leases (collectively, the "**Assigned Contracts**") that may be assumed or assumed and assigned to the Successful Bidder. Within two (2) business days of entry of the Bid Procedures Order, the Debtors shall send a notice to each counterparty to an Assigned Contract setting forth the Debtors' calculation of the cure amount, if any, that would be owing to such counterparty if the Debtors decide to assume or assume and assign such Assigned Contract, and alerting such nondebtor party that their contract may be assumed and assigned to the Successful Bidder (the "**Assignment Notice**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures, any counterparty that objects to the cure amount set forth in the Assignment Notice or the possible assignment of their Assigned Contract(s) to the Successful Bidder must file with the Court and serve an objection (a "**Assigned Contract Objection**") so it is actually received on or before **4:00 p.m. prevailing Eastern Time on June 9, 2023** (the "**Assigned Contract Objection Deadline**") by the following parties (the "**Objection Notice Parties**"): (i) Lincoln Power, L.L.C., 13860 Ballantyne Corporate Place, Suite 300, Charlotte, North Carolina 28277, Attn: George Knapp and Emily Prince (emails: GeorgeKnapp@cogentrix.com and EmilyPrince@cogentrix.com); (ii) proposed co-counsel to the Debtors, Latham & Watkins LLP, (a) 1271 Avenue of the Americas, New York, NY 10020, Attn: George A. Davis, Andrew D. Sorkin, Brett M. Neve, and Randall Carl Weber-Levine (emails: George.Davis@lw.com, Andrew.Sorkin@lw.com, Brett.Neve@lw.com, and Randall.Weber-Levine@lw.com), and (b) 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: Caroline Reckler (email: Caroline.Reckler@lw.com); (iii) proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Michael R. Nestor and Kara Hammond Coyle (emails: mnestor@ycst.com and kcoyle@ycst.com); (iv) counsel to the Administrative Agent, Kirkland & Ellis LLP, (A) 601 Lexington Avenue, New York, NY 10022, Attn: Christopher Marcus (email: Christopher.Marcus@kirkland.com), and (B) 300 North LaSalle Street, Chicago, IL 60654, Attn: Peter Candel (email: Peter.Candel@kirkland.com); (v) counsel to the Issuing Lender, Willkie Farr & Gallagher LLP, AXA Equitable Building, 787 7th Avenue, New York, NY 10019, Attn: Ana Alfonso (email: aalfonso@willkie.com); (vi) counsel to the Collateral Agent and Depositary Agent, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Stephan E. Hornung and

Matthew O'Donnell (emails: SHornung@stroock.com and MOdonnell@stroock.com); (vii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Richard L. Schepacarter (email: richard.schepacarter@usdoj.gov); and (viii) counsel to any committee appointed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that if the Auction occurs after the deadline to objection to confirmation of the Debtors' plan of reorganization (as amended or modified from time to time, the "**Plan**"), which shall be set by further order of the Court, the deadline to object (such objection, a "**Post-Auction Objection**") solely to the identity of the Successful Bidder or the ability of the Successful Bidder to provide adequate assurance of future performance under the Assigned Contract shall be automatically extended through 4:00 p.m. (prevailing Eastern Time) on the date that is three (3) days following service of a notice identifying the Successful Bidder and Back-Up Bidder (the "**Post-Auction Objection Deadline**"), which Post-Auction Objection must be served on the Objection Notice Parties so it is actually received by the Post-Auction Objection Deadline and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801.  If an Assigned Contract Objection or a Post-Auction Objection is not served on the Objection Notice Parties and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, so it is actually received no later than, respectively, the Assigned Contract Objection Deadline or the Post-Auction Objection Deadline, the relevant parties will be forever barred from objecting to (a) the Debtors' proposed cure amount, (b) the identity of the Successful Bidder, or (c) the assignment of that party's executory contract or unexpired lease to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that where a counterparty to an Assigned Contract timely files an (a) Assigned Contract Objection asserting a higher cure amount than the amount listed in the Assignment Notice, or (b) Assigned Contract Objection or Post-Auction Objection, as applicable, to the possible assignment of that counterparty's Assigned Contract, and the parties are unable to consensually resolve the dispute, the amount (if any) to be paid under section 365 of the Bankruptcy Code or, as the case may be, the Debtors' ability to assign the Assigned Contract to the Successful Bidder will be determined at the Confirmation Hearing (as defined below) or at a later date as fixed by the Court.  To the extent any Contract Counterparty is added to the Assignment Notice after the initial notice is served, such new Contract Counterparty shall receive notice of the addition and the Debtors' proposed cure amount through a supplemental Assignment Notice, and that party shall have ten (10) days from the date of such notice to object to the propose cure amount and assignment to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing to confirm the Sale will be held as part of the hearing to confirm the Plan (the "**Confirmation Hearing**"), which is presently scheduled to be held on **July 26, 2023, at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as the Court's calendar permits, before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom No. 2.  The Confirmation Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Confirmation Hearing or on the agenda for such Confirmation Hearing.  Objections, if any, to the Plan (including any objections

relating to the Sale) must: (a) be in writing and specify the nature of such objection, (b) comply with the Bankruptcy Rules and the Local Rules, (c) be filed with the Court no later than **12:00 p.m. (prevailing Eastern Time) on July 21, 2023** (the "**Confirmation Objection Deadline**"), and (d) be served on the Objection Notice Parties by the Confirmation Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY WHO FAILS TO TIMELY OBJECT TO THE SALE ON OR BEFORE THE CONFIRMATION OBJECTION DEADLINE OR POST-AUCTION OBJECTION DEADLINE, AS APPLICABLE, IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY SUCH OBJECTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors are seeking to waive the fourteen-day stay period under Bankruptcy Rules 6004(h) and 6006(d) in order for the Sale to close immediately upon entry of the Confirmation Order by the Court.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Bid Procedures Motion, the Bid Procedures Order and the Bid Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bid Procedures Motion, the Bid Procedures and the Bid Procedures Order may be obtained for free by accessing the website of the Debtors' noticing agent, Omni Agent Solutions, located at https://omniagentsolutions.com/LincolnPower.

| | |
|---|---|
| Dated:  May 30, 2023<br>　　　　Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Heather P. Smillie*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Heather P. Smillie (No. 6923)<br>Kristin L. McElroy (No. 6871)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>　　　　kcoyle@ycst.com<br>　　　　hsmillie@ycst.com<br>　　　　kmcelroy@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Andrew D. Sorkin (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Randall Carl Weber-Levine (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  george.davis@lw.com<br>　　　　andrew.sorkin@lw.com<br>　　　　brett.neve@lw.com<br>　　　　randall.weber-levine@lw.com<br><br>- and -<br><br>Caroline Reckler (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>Email:  caroline.reckler@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |