**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LINCOLN POWER, L.L.C., *et al.*,[1] | : Case No. 23-10382 (LSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : **Obj. Deadline:  February 2, 2024, at 4:00 p.m. (ET)** |
| | : **Hearing Date:  March 1, 2024, at 10:00 a.m. (ET)** |

-------------------------------------------------------- x

**NINTH MONTHLY APPLICATION OF LATHAM & WATKINS LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
DECEMBER 1, 2023 THROUGH DECEMBER 7, 2023 AND FINAL FEE APPLICATION OF
LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY CO-COUNSEL FOR
THE PERIOD FROM MARCH 31, 2023 THROUGH DECEMBER 7, 2023**

| | |
|---|---|
| Name of applicant | Latham & Watkins LLP ("**L&W**") |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of retention: | May 25, 2023 effective as of March 31, 2023 |
| Monthly period for which compensation and reimbursement are sought: | December 1, 2023 through December 7, 2023 |
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $92,816.50 |
| Amount of monthly expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Final period for which compensation and reimbursement are sought: | March 31, 2023 through December 7, 2023 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $4,437,746.50 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $29,977.84 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lincoln Power, L.L.C. (6449), Cogentrix Lincoln Holdings, LLC (6060), Cogentrix Lincoln Holdings II, LLC (4004), Elgin Energy Center Holdings, LLC (N/A), Elgin Energy Center, LLC (4819), Valley Road Holdings, LLC (N/A), Valley Road Funding, LLC (1587), and Rocky Road Power, LLC (2701).  The Debtors' address is 13860 Ballantyne Corporate Place, Suite 300, Charlotte, North Carolina 28277.

This is a(n):   __X__ monthly   ___ interim   __X__ final application

This monthly application includes 3.80 hours with a value of $3,552.00 incurred during December, 2023, in connection with the preparation of the October and November monthly fee applications.

Prior Monthly Applications Filed:

| Docket No. | Date Filed | Period Covered | Fees | Expenses | CNO Filed |
|---|---|---|---|---|---|
| 214 | 05/31/2023 | 3/31/2023 – 4/30/2023 | $1,180,068.50 | $3,374.67 | 6/15/2023 ECF No. 227 |
| 261 | 6/23/2023 | 5/1/2023 – 5/31/2023 | $783,596.00 | $2,517.81 | 7/10/2023 ECF No. 274 |
| 314 | 7/25/2023 | 6/1/2023 – 6/30/2023 | $828,616.00 | $2,076.41 | 8/9/2023 ECF No. 324 |
| 364[2] | 9/15/2023 | 3/31/2023 – 6/30/2023 | $158,549.00 | $4,313.44 | 10/03/2023 ECF No. 383 |
| 366[3] | 9/18/2023 | 7/1/2023 -7/31/2023 | $917,982.00 | $12,781.90 | 10/03/2023 ECF No. 384 |
| 381 | 9/29/2023 | 8/1/2023 – 8/31/2023 | $142,017.00 | $4,913.61 | 10/16/2023 ECF No. 387 |
| 388 | 10/16/2023 | 9/1/2023 – 9/30/2023 | $76,115.50 | $0.00 | 10/31/2023 ECF No. 401 |
| 414 | 11/16/2023 | 10/1/2023 – 10/31/2023 | $126,825.00 | $0.00 | 12/1/2023 ECF No. 435 |
| 450 | 12/14/2023 | 11/1/2023 – 11/30/2023 | $131,161.00 | $0.00 | 12/29/2023 ECF No. 460 |

---

[2]   L&W filed a request for supplemental monthly allowance for the period from March 31, 2023, through June 30, 2023 [Docket No. 364], after becoming aware that certain fees for services performed for or on behalf of the Debtors and actual and necessary expenses incurred by L&W during that period were inadvertently excluded from the previous monthly fee statements for the applicable periods.

[3]   After L&W filed, on August 28, 2023, its *Fourth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Co-Counsel to the Debtors for the period from July 1, 2023 to July 31, 2023* [Docket No. 352] (the "**Initial Fourth Fee Statement**") seeking compensation in the amount of $837,913.00 and expenses in the amount of $10,212.59, L&W became aware that certain fees for services performed for or on behalf of the Debtors and actual and necessary expenses incurred by L&W for July 1, 2023 through July 31, 2023 were inadvertently excluded from the Initial Fourth Fee Statement. L&W, therefore, filed an amended version of the Initial Fourth Fee Statement seeking compensation for those services performed and expenses incurred [Docket No. 366].

**Summary Cover Sheet of Ninth Monthly and Final Fee Application**

Case Name:  **Lincoln Power, L.L.C.,** *et al.*
Case Number:  **23-10382 (LSS)**
Applicant's Name:  **Latham & Watkins LLP**
Date of Application: **January 19, 2024**
Interim or Final: **Final**

| | |
|---|---|
| Name of applicant | Latham & Watkins LLP |
| Name of client | Lincoln Power, L.L.C., *et al.* |
| Time period covered by ninth monthly fee period | December 1, 2023 to December 7, 2023 |
| Total compensation sought for ninth monthly fee period | $92,816.50 |
| Total expenses sought for ninth monthly fee period | $0.00 |
| Time period covered by the final fee period | March 31, 2023 to December 7, 2023 |
| Total compensation sought for final fee period | $4,437,746.50 |
| Total expenses sought for final fee period | $29,977.84 |
| Petition date | March 31, 2023 |
| Retention date | May 25, 2023 effective as of March 31, 2023 |
| Date of order approving employment | May 25, 2023 [Docket No. 196] |
| Total allowed compensation paid to date | $4,086,944.00 |
| Total allowed expenses paid to date | $29,977.84 |
| Blended attorney rate in ninth monthly fee period | $1,296 |
| Blended timekeeper rate in ninth monthly fee period | $1,156 |
| Blended rate in the final fee period for all attorneys | $1,278 |
| Blended rate in the final fee period for all timekeepers | $1,247 |
| Compensation sought and already paid pursuant to a monthly fee application but not yet allowed | $206,388.80 |
| Expenses sought and already paid pursuant to a monthly fee application but not yet allowed | $0.00 |
| Number of professionals included in the final fee period | 58 |
| Number of professionals billing fewer than 15 hours during final fee period | 28 |
| Number of professionals not included in budget and staffing plan | 0[1] |
| Difference between fees budgeted and compensation sought for final fee period | Fees sought are $261,896.50 higher than budgeted |
| Any rates higher than those approved or disclosed at retention? | No |

---

[1]    The Budget and Staffing Plan approved by the client includes only the timekeepers expected to bill at least 15 hours to the Chapter 11 Cases during the Final Fee Period.  Of the 58 timekeepers included in this Application, 30 billed 15 hours or more.

**MONTHLY COMPENSATION BY PROFESSIONAL**
**DECEMBER 1, 2023 THROUGH DECEMBER 7, 2023**

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allinson, David S. | Partner. Joined firm in 2000. Member of New York Bar since 1997. | $1,995.00 | 2.50 | $4,987.50 |
| Reckler, Caroline A. | Partner. Joined firm in 2001. Member of New York Bar since 2011. Member of Illinois Bar since 2001. | $1,850.00 | 3.40 | $6,290.00 |
| Bressler, Shira E. | Counsel. Joined firm in 2008. Member of New York Bar since 2009. | $1,360.00 | 6.60 | $8,976.00 |
| Brown, Tyler | Partner. Joined firm in 2010. Member of District of Columbia Bar since 2011. | $1,360.00 | 9.50 | $12,920.00 |
| Neve, Brett M. | Associate. Joined firmed in 2019. Member of California Bar since 2015. Member of New York Bar since 2018. | $1,250.00 | 12.20 | $15,250.00 |
| Williams, Daniel H. | Associate. Joined firmed in 2015. Member of New York Bar since 2016. | $1,250.00 | 13.30 | $16,625.00 |
| Weber-Levine, Randall C. | Associate. Joined firm in 2020. Member of New York Bar since 2019. | $1,140.00 | 13.90 | $15,846.00 |
| Wampler, Jordan | Associate. Joined firmed in 2022. Member of New York Bar since 2021. Member of Illinois Bar since 2021. | $960.00 | 3.90 | $3,744.00 |
| Leskiw, Mark M. | Senior Paralegal. Joined firm in 1994. | $550.00 | 13.80 | $7,590.00 |
| Tarrant, Christopher M. | Senior Paralegal. Joined firm in 2022. | $490.00 | 1.20 | $588.00 |

**Grand Total**     **$92,816.50**
**Total Hours**     **80.30**
**Blended Rate**     **$1,155.87**

## FINAL COMPENSATION BY PROFESSIONAL
## MARCH 31, 2023 THROUGH DECEMBER 7, 2023

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Raab, David S. | Partner. Joined firm in 1988. Member of New York Bar since 1999. | $2,230.00 | 48.80 | $108,824.00 |
| Davis, George A. | Partner. Joined firm in 2018. Member of New York Bar since 1991. | $2,035.00 | 38.20 | $77,737.00 |
| Allinson, David S. | Partner. Joined firm in 2000. Member of New York Bar since 1997. | $1,995.00 | 81.60 | $162,792.00 |
| Williamson, Bradd | Partner. Joined firm in 1996. Member of New York Bar since 1995. | $1,995.00 | 15.60 | $31,122.00 |
| Betensky, Steven M. | Partner. Joined firm in 2010. Member of New York Bar since 1990. | $1,785.00 | 27.80 | $49,623.00 |
| Reckler, Caroline A. | Partner. Joined firm in 2001. Member of New York Bar since 2011. Member of Illinois Bar since 2001. | $1,751.73[2] | 362.70 | $635,105.00 |
| Gelardi, Adam J. | Partner. Joined firm in 2013. Member of New York Bar since 2010. | $1,690.00 | 3.60 | $6,084.00 |
| Lilien, Warren H. | Partner. Joined firm in 1999. Member of California Bar since 1990. Member of New York Bar since 2001. | $1,655.00 | 15.40 | $25,487.00 |
| Sorkin, Andrew | Partner. Joined firm in 2019. Member of New York Bar since 2008. Member of District of Columbia Bar since 2016. | $1,655.00 | 11.70 | $19,363.50 |
| Hossain, Shagufa R. | Partner. Joined firm in 2006. Member of District of Columbia Bar since 2007. Member of New York Bar since 2007. | $1,535.00 | 0.50 | $767.50 |
| Valdez, Yvette D. | Partner. Joined firm in 2014. Member of New York Bar since 2005. | $1,535.00 | 0.90 | $1,381.50 |
| Harris, Christopher | Partner. Joined firm in 1996. Member of California Bar since 1997. Member of New York Bar since 1998. | $1,513.37[3] | 40.90 | $61,897.00 |
| Langer, David S. | Counsel. Joined firm in 1999. Member of New Jersey Bar since 1989. Member of New York Bar since 1990. | $1,495.00 | 1.90 | $2,840.50 |
| Carnegie, Leslie P. | Partner. Joined firm in 2011. Member of District of Columbia Bar since 2001. | $1,460.00 | 22.30 | $32,558.00 |

[1]    Blended rate includes non-working travel time billed at 50% of the normal hourly rate.

[2]    Blended rate to include non-working travel time billed at 50% of the normal hourly rate.

[3]    Blended rate to include non-working travel time billed at 50% of the normal hourly rate.

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- |
| Kamerman, D Eric | Partner. Joined firm in 2016. Member of New York Bar since 2014. | $1,460.00 | 13.70 | $20,002.00 |
| Mispagel, Jeffrey T. | Counsel. Joined firm in 2016. Member of New York Bar since 2010. Member of California Bar since 2022. | $1,399.37[4] | 333.50 | $466,616.00 |
| Bressler, Shira E. | Counsel. Joined firm in 2008. Member of New York Bar since 2009. | $1,360.00 | 21.70 | $29,512.00 |
| Gianvecchio, Natasha N. | Partner. Joined firm in 2001. Member of District of Columbia Bar since 2002. | $1,360.00 | 0.50 | $680.00 |
| Malone, Farrell J. | Partner. Joined firm in 2016. Member of New York Bar since 2008. Member of District of Columbia Bar since 2008. | $1,360.00 | 1.00 | $1,360.00 |
| Nevins, Joel P. | Partner. Joined firm in 2017. Member of Maryland Bar since 1992. Member of District of Columbia Bar since 1997. | $1,360.00 | 2.00 | $2,720.00 |
| Salerno, Matthew S. | Partner. Joined firm in 2011. Member of New York Bar since 2012. | $1,360.00 | 13.20 | $17,952.00 |
| Brown, Tyler | Partner. Joined firm in 2010. Member of District of Columbia Bar since 2011. | $1,329.23[5] | 154.70 | $205,632.00 |
| Dreibelbis, Michael H. | Counsel. Joined firm in 2022. Member of New York Bar since 2012. Member of California Bar since 2018. | $1,300.00 | 12.00 | $15,600.00 |
| Hein, Catherine | Counsel. Joined firm in 2023. Member of New York Bar since 2003. | $1,300.00 | 120.10 | $156,130.00 |
| Mortenson, Gregory S. | Associate. Joined firmed in 2016. Member of New Jersey Bar since 2013. Member of New York Bar since 2014. | $1,285.00 | 6.20 | $7,967.00 |
| Chirravuri, Shanta | Associate. Joined firm in 2021. Member of New York Bar since 2018. | $1,250.00 | 6.80 | $8,500.00 |
| Eddington, Zachary N. | Associate. Joined firm in 2015. Member of District of Columbia Bar since 2016. | $1,250.00 | 0.40 | $500.00 |
| Jin, Michael W. | Associate. Joined firmed in 2016. Member of New York Bar since 2017. | $1,250.00 | 4.80 | $6,000.00 |
| Williams, Daniel H. | Associate. Joined firmed in 2015. Member of New York Bar since 2016. | $1,250.00 | 231.80 | $289,750.00 |
| Hand, Alisa K. | Associate. Joined firm in 2017. Member of New York Bar since 2018. | $1,245.00 | 1.10 | $1,369.50 |

---

[4]    Blended rate to include non-working travel time billed at 50% of the normal hourly rate.

[5]    Blended rate to include non-working travel time billed at 50% of the normal hourly rate.

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Neve, Brett M. | Associate. Joined firmed in 2019. Member of California Bar since 2015. Member of New York Bar since 2018. | $1,244.23[6] | 573.00 | $712,937.50 |
| Hong, Madeline J. | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $1,205.00 | 13.70 | $16,508.50 |
| Kutilek, Lukas | Associate. Joined firmed in 2021. Member of New York Bar since 2019. | $1,205.00 | 60.00 | $72,300.00 |
| Duan, Zhouyuan | Associate. Joined firm in 2022. Member of New York Bar since 2016. | $1,185.00 | 0.20 | $237.00 |
| Griffin, Richard H. | Associate. Joined firm in 2018. Member of Texas Bar since 2017. Member of District of Columbia Bar since 2019. | $1,185.00 | 48.40 | $57,354.00 |
| Parsons-Reponte, Kathryn | Associate. Joined firm in 2021. Member of California Bar since 2016. | $1,185.00 | 1.70 | $2,014.50 |
| Omi, Evan Minoru | Associate. Joined firmed in 2018. Member of California Bar since 2018. | $1,140.00 | 0.60 | $684.00 |
| Weber-Levine, Randall C. | Associate. Joined firmed in 2020. Member of New York Bar since 2019. | $1,140.00 | 479.40 | $546,516.00 |
| Ogali, Deborah U. | Associate. Joined firm in 2019. Member of New York Bar since 2020. | $1,065.00 | 3.50 | $3,727.50 |
| Davis, Alicia C. | Restructuring Attorney. Joined firm in 2019. Member of California Bar since 2019. Member of Illinois Bar since 2009. | $980.00 | 27.20 | $26,656.00 |
| Daniels, Olivia P. | Associate. Joined firmed in 2020. Member of Oregon Bar since 2020. Member of New York Bar since 2021. | $960.00 | 13.30 | $12,768.00 |
| Wampler, Jordan | Associate. Joined firmed in 2022. Member of New York Bar since 2021. Member of Illinois Bar since 2021. | $960.00 | 101.00 | $96,960.00 |
| Fafara, Thomas | Associate. Joined firm in 2021. Member of New York Bar since 2023. | $830.00 | 98.50 | $81,755.00 |
| Keller, Chandler Y. | Associate. Joined firm in 2022.  Member of New Yok Bar since 2023. | $830.00 | 59.20 | $49,136.00 |
| Bejjani, Eliane B. | Associate. Joined firm in 2022. | $705.00 | 38.50 | $27,142.50 |
| Carmeli, Tal | Associate. Joined firm in 2022. Member of New York Bar since 2023. | $705.00 | 27.10 | $19,105.50 |
| Gonulal, Ece | Associate. Joined firmed in 2022. Member of New York Bar since 2023. | $705.00 | 50.10 | $35,320.50 |

---

[6]    Blended rate to include non-working travel time billed at 50% of the normal hourly rate.

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hecht, Elliot W. | Associate.  Joined firm in 2022. Member of District of Columbia Bar since 2022. | $705.00 | 44.60 | $31,443.00 |
| Nalbantoglu, Ata E. | Associate.  Joined firmed in 2022.  Member of New York Bar since 2023. | $705.00 | 152.50 | $107,512.50 |
| Patel, Priya S. | Associate. Joined firm in 2022. Member of District of Columbia Bar since 2022. | $705.00 | 8.20 | $5,781.00 |
| Sarkesian, Kathryn | Associate.  Joined firmed in 2022.  Member of New York Bar since 2023. | $705.00 | 22.60 | $15,933.00 |
| Weisberg, Drew | Associate. Joined firm in 2023. | $555.00 | 0.30 | $166.50 |
| Leskiw, Mark M. | Senior Paralegal. Joined firm in 1994. | $550.00 | 23.20 | $12,760.00 |
| Easler, David E. | Senior Paralegal. Joined firm in 1996. | $520.00 | 7.00 | $3,640.00 |
| Sjoholm, Justine N. | Senior Research Librarian. Joined firm in 2011. | $505.00 | 0.90 | $454.50 |
| Tarrant, Christopher M. | Senior Paralegal.  Joined firm in 2022. | $490.00 | 100.50 | $49,245.00 |
| Ernst, Kayla K. | Senior Paralegal. Joined firm in 2015. | $440.00 | 7.40 | $3,256.00 |
| Mancabelli, Alexa R. | Business Services Trainee. Joined firm in 2022. | $280.00 | 2.00 | $560.00 |

**Grand Total**      **$4,437,746.50**
**Total Hours**      **3,560.00**
**Blended Rate**      **$1,246.56**

**COMPENSATION BY MATTER CATEGORY**
**DECEMBER 1, 2023 THROUGH DECEMBER 7, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 65.80 | $76,615.50 |
| Employment and Fee Applications | 3.80 | $3,552.00 |
| Plan and Disclosure Statement | 10.70 | $12,649.00 |
| **GRAND TOTAL** | **80.30** | **$92,816.50** |

**COMPENSATION BY MATTER CATEGORY**
**MARCH 31, 2023 THROUGH DECEMBER 7, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1,424.90 | $1,797,939.00 |
| Assumption and Rejection of Leases and Contracts | 22.20 | $27,011.00 |
| Business Operations | 73.90 | $81,216.50 |
| Case Administration | 31.40 | $40,982.00 |
| Claims Administration and Objections | 40.40 | $39,948.00 |
| Corporate Governance and Board | 88.20 | $123,615.50 |
| Employee Benefits and Pensions | 0.90 | $1,485.00 |
| Employment and Fee Applications | 220.60 | $214,038.50 |
| Financing and Cash Collateral | 23.60 | $29,250.00 |
| Hearings | 208.90 | $276,896.00 |
| PJM Litigation | 184.40 | $261,627.50 |
| Meetings and Communications with Creditors | 2.90 | $3,373.00 |
| Non-Working Travel | 96.70 | $87,899.00 |
| Plan and Disclosure Statement | 933.80 | $1,174,617.50 |
| Reporting | 2.90 | $3,372.00 |
| Tax | 108.20 | $179,291.00 |
| CFIUS | 96.10 | $95,185.00 |
| **GRAND TOTAL** | **3,560.00** | **$4,437,746.50** |

**SUMMARY OF EXPENSES**
**DECEMBER 1, 2023 THROUGH DECEMBER 7, 2023**

| Expense Category | Total Expenses |
|---|---|
| N/A | |
| **GRAND TOTAL** | **$0.00** |

**SUMMARY OF EXPENSES**
**MARCH 31, 2023 THROUGH DECEMBER 7, 2023**

| Expense Category | Total Expenses |
|---|---|
| Airfare | $7,816.75 |
| Court Research | $16.70 |
| Ground Transportation - Local | $975.78 |
| Ground Transportation - Out-Of-Town | $931.25 |
| Laser Print | $621.50 |
| Lexis Nexis | $880.20 |
| Lodging - Out of Town | $3,925.77 |
| Meal Services | $1,869.10 |
| Meals - Local | $252.19 |
| Meals - Out-of-Town | $68.70 |
| Messenger/Courier | $26.30 |
| Other Database Research | $22.80 |
| Outside Services - Non-Attorney | $1,261.50 |
| Parking - Out-of-Town | $600.00 |
| Trainfare | $5,270.00 |
| Travel Service Expenses | $10.00 |
| Westlaw | $5,343.30 |
| Wireless Data | $86.00 |
| **GRAND TOTAL** | **$29,997.84** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
LINCOLN POWER, L.L.C., et al.,¹                    :   Case No. 23-10382 (LSS)
                                                   :
            Debtors.                               :   (Jointly Administered)
                                                   :
                                                   :   Obj. Deadline:  February 2, 2024, at 4:00 p.m. (ET)
-------------------------------------------------- x   Hearing Date:  March 1, 2024, at 10:00 a.m. (ET)
```

**NINTH MONTHLY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 7, 2023 AND FINAL FEE APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY CO-COUNSEL FOR THE PERIOD FROM MARCH 31, 2023 THROUGH DECEMBER 7, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 114] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**") hereby files this (i) *Ninth Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Co-Counsel to the Debtors for the Period from December 1, 2023 through December 7, 2023* and (ii) *Final Fee Application of Latham & Watkins*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lincoln Power, L.L.C. (6449), Cogentrix Lincoln Holdings, LLC (6060), Cogentrix Lincoln Holdings II, LLC (4004), Elgin Energy Center Holdings, LLC (N/A), Elgin Energy Center, LLC (4819), Valley Road Holdings, LLC (N/A), Valley Road Funding, LLC (1587), and Rocky Road Power, LLC (2701). The Debtors' address is 13860 Ballantyne Corporate Place, Suite 300, Charlotte, North Carolina 28277.

*LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Co-Counsel to the Debtors for the Period from March 31, 2023 through December 7, 2023* (the "**Application**").  By the Application, L&W seeks (a) a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of $92,816.50 as compensation and $0.00 for reimbursement of actual and necessary expenses, for a total of $92,816.50 for the period December 1, 2023 through and including December 7, 2023 (the "**Monthly Fee Period**"), and (b) a final allowance pursuant to the Interim Compensation Order with respect to the sums of $4,437,746.50 as compensation and $29,977.84 for reimbursement of actual and necessary expenses (which is inclusive of amounts sought in the Monthly Fee Period), for a total of $4,467,724.34 for the period March 31, 2023 through and including December 7, 2023 (the "**Final Fee Period**").  In support of this Application, L&W respectfully represents as follows:

## Background

1.      On March 31, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of these Chapter 11 Cases, is set forth in detail in the *Declaration of Justin D. Pugh, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12] (the "**First Day Declaration**"),[2] which is fully incorporated into this Application by reference.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

2.      The Debtors continue to manage and operate their business as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been requested in these Chapter 11 Cases, and no committees have yet been appointed.

3.      These Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

4.      L&W was retained effective as of the Petition Date by this Court's Order, dated May 25, 2023 [Docket No. 196] (the "**Retention Order**").  The Retention Order authorized L&W to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.      On July 21, 2023, the Debtors filed the *First Revised Joint Plan of Reorganization of Lincoln Power, L.L.C. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy* Code [Docket No. 297] (the "**Plan**").

6.      On July 27, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming First Revised Joint Plan of Reorganization of Lincoln Power, L.L.C. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy* Code [Docket No. 320].

7.      On December 7, 2023, the Debtors filed the *Notice of Occurrence of Effective Date of First Revised Joint Plan of Reorganization of Lincoln Power, L.L.C. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 444], informing interested parties that the Plan became effective on December 7, 2023.

**Compensation Paid and its Source**

8.      All services for which compensation is requested by L&W were performed for or on behalf of the Debtors.

9.     L&W has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

10.     Pursuant to Bankruptcy Rule 2016(b), L&W has not shared, nor has L&W agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of L&W, or (b) any compensation another person or party has received or may receive.

### Fee Statements

11.     The fee statements for the Monthly Fee Period are attached hereto as **Exhibit A**. All other fee statements for the Final Fee Period were attached as Exhibit A to each of L&W's previously filed monthly fee applications.[3]  These statements contain daily time logs describing the time spent by each attorney and paraprofessional for the Monthly Fee Period and the Final Fee Period.

### Actual and Necessary Expenses

12.     Summaries of the actual and necessary expenses and daily logs of expenses incurred by L&W during the Final Fee Period were attached as Exhibit B to each of L&W's previously filed monthly fee applications.[4]  Pursuant to Local Rule 2016-2, L&W represents that it charges for copying at a rate of $0.10 per page.  There is no charge for incoming or outgoing telecopier transmissions.

13.     L&W believes the foregoing expense rates are the market rates that law firms charge clients for such services.  In addition, L&W believes that such charges are in accordance

---

[3]     See Docket Nos. 214, 261, 314, 364, 366, 381, 388, 414, and 450.

[4]     *See* Docket Nos. 214, 261, 314, 364, 366, 381, 388, 414, and 450.

with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

14.     During the Final Fee Period, L&W represented the Debtors in all aspects of the Chapter 11 Cases and played an integral role in their expeditious and successful bankruptcy and asset sale, which, in turn, maximized value for all stakeholders.  As counsel for the Debtors, L&W was instrumental in building consensus with the key constituents in the Chapter 11 Cases and ultimately achieved resolution with various parties in interest through confirmation of Plan. Among other things, L&W assisted in: (a) reaching a settlement with PJM Interconnection, L.L.C. and PJM Settlement, Inc. (collectively, "**PJM**") that provided for a comprehensive resolution of the disputes among the parties, thereby resolving issues that could have sidetracked the Chapter 11 Cases, (b) conducting an extensive marketing process and auction that resulted in the sale of substantially all of the Debtors' assets, (c) obtaining vital first- and second-day relief, including resolving formal objections to certain aspects of such relief; (d) soliciting the requisite acceptance of, and garnering overwhelming support for, the Plan; (e) consensually resolving disputes with Macquarie Bank Limited through the Plan; (f) preparing witnesses for various hearings; (g) ultimately obtaining entry of the Confirmation Order; (h) responding to various information requests from the U.S. Trustee; (i) responding to other general inquiries from interested parties; and (j) assisting with the various other tasks related to the administration of the Debtors' bankruptcy estates and the Chapter 11 Cases.

15.     Given the complexity and highly successful resolution of the Chapter 11 Cases, L&W submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services L&W provided to the Debtors during the Final Fee Period are

reasonable and appropriate, commensurate with the scale, nature, and complexity of these Chapter 11 Cases and should be approved.

<u>**Summary of Services By Project Category**</u>

16.     The actual, reasonable, and necessary services rendered by L&W during the Monthly and Final Fee Periods can be grouped into the categories set forth below.   These categories are generally described below, with a more detailed description of the services provided set forth on the fee statements attached to each of L&W's monthly fee applications, including **<u>Exhibit A</u>** attached hereto.

I.      <u>**Asset Disposition and Bidding Procedures**</u>

| | | |
|---|---|---|
| Monthly Fee Period | Fees: $76,615.50 | Hours: 65.80 |
| Final Fee Period | Fees: $1,797,939.00 | Hours: 1,424.90 |

This category includes time spent by L&W attorneys and paraprofessionals in connection with the Debtors' sale process.  Specifically, L&W attorneys spent time (a) drafting, negotiating, and finalizing sale-related documents and pleadings, including asset purchase agreements, transition services agreements, bidding procedures motion, bidding procedures, proposed bidding procedures order, and related notices, (b) communicating and negotiating with various stakeholders with respect to the sale process, (c) researching, analyzing, and providing advice regarding various issues related to the sale process, including regulatory and tax issues, (d) coordinating with the successful bidder and the back-up bidder for the Debtors' assets, the Debtors' other professionals, and the Administrative Agent and the Collateral Agent (each as defined in the Plan) with respect to the sale process, (e) preparing for and attending the auction of the Debtors' assets, (f) preparing certain regulatory filings and obtaining needed regulatory

approvals, and (g) preparing for and addressing conditions to closing the sale and addressing post-closing tasks.

**II.**     **Assumption and Rejection of Leases and Contracts**

Monthly Fee Period                    Fees: $0.00                Hours: 0.00

Final Fee Period                        Fees: $27,011.00          Hours: 22.20

This category includes all time spent on matters relating to the assumption and rejection of the Debtors' leases and contracts including reviewing, responding to, and resolving issues raised by contract counterparties.

**III.**     **Business Operations/Strategic Planning**

Monthly Fee Period                    Fees: $0.00                Hours: 0.00

Final Fee Period                        Fees: $81,216.50          Hours: 73.90

This category includes time spent by L&W attorneys to maintain the Debtors' business operations with minimal disruptions during the Chapter 11 Cases. Specifically, L&W attorneys spent time responding to various operational issues, including (a) analyzing and providing advice regarding certain of the Debtors' suppliers, utilities, and contractual counterparties, (b) negotiating and drafting a forbearance agreement with a contract counterparty of the Debtors, (c) preparing certain supplemental declarations and addressing related issues, (d) preparing replacement letters of credit, (e) addressing certain cash management matters and wind-down issues, and (f) reviewing and preparing the Debtor's amended schedules.

IV.        <u>**Case Administration**</u>

Monthly Fee Period                    Fees: $0.00                  Hours: 0.00

Final Fee Period                        Fees: $40,982.00        Hours: 31.40

This category includes services rendered in connection with, among other things, (a) various logistical matters relating to these Chapter 11 Cases, (b) monitoring the Debtors' docket, (c) coordinating the administration of these Chapter 11 Cases by developing timelines, task lists, work-in-progress reports, and case calendars, and (d) scheduling work-in-progress meetings among L&W professionals, the Debtors' management, and/or the Debtors' other advisors.

V.        <u>**Claims Administration and Objections**</u>

Monthly Fee Period                    Fees: $0.00                  Hours: 0.00

Final Fee Period                        Fees: $39,948.00        Hours: 40.40

This category includes all time spent on matters relating to the claims administration process, including analyzing creditor claims and conversing with parties in interest regarding the claims process.

VI.        <u>**Corporate Governance and Board Matters**</u>

Monthly Fee Period                    Fees: $0.00                  Hours: 0.00

Final Fee Period                        Fees: $123,615.50      Hours: 88.20

This category includes all time spent on corporate governance and board matters, including preparing for and attending board meetings, documenting board meetings as necessary, and preparing board resolutions as necessary.

### VII.        **Employee Benefits and Pensions**

Monthly Fee Period               Fees: $0.00          Hours: 0.00

Final Fee Period                 Fees: $1,485.00      Hours: 0.90

This category includes all time spent on matters relating to the Debtors' employees' compensation and benefits.

### VIII.       **Employment and Fee Applications**

Monthly Fee Period               Fees: $3,552.00      Hours: 3.80

Final Fee Period                 Fees: $214,038.50    Hours: 220.60

This category includes all time spent on matters relating to the retention and compensation of professionals, including time spent (a) preparing L&W's application to be retained as co-counsel to the Debtors, as well as related declarations, (b) preparing L&W's monthly/interim fee applications and reviewing time records for privilege and confidentiality considerations, (c) preparing and providing advice regarding the Debtors' other professionals' retention applications, (d) preparing an interim compensation motion and order, (e) preparing a motion to retain ordinary course professionals and order, and communicating with such professionals regarding the same, and (f) preparing and updating a list of parties in interest in the Chapter 11 Cases and communicating with the Debtors' professionals regarding the same.

### IX.        **Financing and Cash Collateral**

Monthly Fee Period               Fees: $0.00          Hours: 0.00

Final Fee Period                 Fees: $29,250.00     Hours: 23.60

This category includes all time spent on matters relating to the Debtors' financing needs, including (a) negotiating the terms of cash collateral usage, (b) preparing proposed cash collateral

motions, orders, and related declarations, (c) researching and analyzing various issues related to cash collateral usage, and (d) preparing for a hearing on the Debtors' cash collateral motion.

### X.     **Hearings**

Monthly Fee Period                    Fees: $0.00            Hours: 0.00

Final Fee Period                      Fees: $276,896.00      Hours: 208.90

This category includes all time spent on matters relating to the preparation for and participation in the hearings throughout the Chapter 11 Cases, including the first day hearing, second day hearing, the hearings to approve the Debtors' bidding procedures motion, 9019 settlement motion with PJM, the Debtors' Disclosure Statement, and the hearing on the Plan. With respect to these hearings, L&W assisted in (a) preparing materials, witness outlines, and demonstratives for the hearings, (b) preparing witnesses to give testimony at the hearings, and (c) coordinating with the Debtors and their other advisors to prepare for the hearings.

### XI.     **PJM Litigation**

Monthly Fee Period                    Fees: $0.00            Hours: 0.00

Final Fee Period                      Fees: $261,627.50      Hours: 184.40

This category includes all time spent on matters relating to the preparation of potential litigation against PJM and the subsequent settlement negotiations between the Debtors and PJM, including (a) researching issues related to the application of the automatic stay on pending litigation, (b) drafting of an adversary complaint, (c) drafting and negotiating a standstill agreement with PJM, (d) drafting and negotiating a settlement term sheet, and (e) preparing a settlement motion and order regarding the same.

**XII.**       **Meetings and Communications with Creditors**

Monthly Fee Period                Fees: $0.00                Hours: 0.00

Final Fee Period                  Fees: $3,373.00            Hours: 2.90

This category includes all time spent (a) attending the Debtors' 341 Meeting of the Creditors, (b) responding to miscellaneous inquiries from the Debtors' creditors, and (c) preparing for and participating in calls with the Debtors' lenders and their professionals.

**XIII.**      **Non-Working Travel Time[5]**

Monthly Fee Period                Fees: $0.00                Hours: 0.00

Final Fee Period                  Fees: $87,899.00           Hours: 96.70

This category includes all travel time not otherwise chargeable.

**XIV.**       **Plan and Disclosure Statement**

Monthly Fee Period                Fees: $12,649.00           Hours: 10.70

Final Fee Period                  Fees: $1,174,617.50        Hours: 933.80

This category includes all time spent on work related to the confirmation of the Plan and disclosure statement, including (a) the drafting/revising of the plan and disclosure statement, (b) drafting of the disclosure statement motion and proposed order, (c) preparing notices and ballots, (d) drafting and negotiating the Debtors' plan supplements and related exhibits and agreement, (e) drafting and researching the Debtors' memorandum in support of confirmation, (f) drafting the confirmation order, (g) preparing the Debtors' amended plan supplements and related exhibits and agreements, (h) finalizing the Debtors' memorandum in support of confirmation, (i) preparing and finalizing the declarations in supports of confirmation, (j) related

---

[5]    All non-working travel time has been billed at 50% of the normal hourly rate.

discussions with the Debtors' professionals and parties to the Restructuring Support Agreement, (k) resolving comments to the Plan, and (l) handling attendant issues related to the Plan.

### XV.        **Reporting**

Monthly Fee Period                  Fees: $0.00               Hours: 0.00

Final Fee Period                    Fees: $3,372.00           Hours: 2.90

This category includes all time spent on matters relating to the preparation of the Debtors' schedules of assets and liabilities and statement of financial affairs, operating reports, and other reports required by the Court or the Bankruptcy Rules.

### XVI.       **Tax**

Monthly Fee Period                  Fees: $0.00               Hours: 0.00

Final Fee Period                    Fees: $179,291.00         Hours: 108.20

This category includes all time spent on tax issues, including (a) the tax analysis of various restructuring structures and documents, (b) the tax analysis of various financing matters, and (c) discussions regarding tax issues and tax filings.

### XVII.      **CFIUS**

Monthly Fee Period                  Fees: $0.00               Hours: 0.00

Final Fee Period                    Fees: $95,185.00          Hours: 96.10

This category includes all time spent on matters relating to obtaining approval of the sale of the Debtors' assets from the Committee on Foreign Investment in the United States ("**CFIUS**"), including the preparation of various filings submitted to CFIUS, telephone conferences and other correspondences with CFIUS and/or advisors to other parties in interest, and related diligence.

**Valuation of Services**

17.     Attorneys and paraprofessionals of L&W have expended a total of 80.30 hours during the Monthly Fee Period, and 3,560.00 hours during the Final Fee Period on matters related to these Chapter 11 Cases.  The hourly rates charged for these services are L&W's normal hourly rates for work of this character.  The reasonable value of the services rendered by L&W to the Debtors during the Final Fee Period is $4,437,746.50.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by L&W are fair and reasonable given (a) the complexity of the Chapter 11 Cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) the costs of comparable services other than in a case under this title; and (f) the highly successful outcome of these Chapter 11 Cases.  Moreover, L&W has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

**Disclosures Pursuant to U.S. Trustee Guidelines**

19.     Attached hereto as **Exhibit B** are L&W's customary and comparable compensation disclosures for the Final Fee Period.

20.     Attached hereto as **Exhibit C** is L&W's budget and staffing plan for the Final Fee Period.

21.     Attached hereto as **Exhibit D** is a summary of fees and hours budgeted compared to fees and hours billed during the Final Fee Period.

22.     Finally, attached hereto as **Exhibit E** is the certification of Caroline A. Reckler in support of this Application, which includes responses to the six questions set forth in Section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses*

13

*Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases*, effective November 1, 2013 (the "**<u>U.S. Trustee Guidelines</u>**").

23.    To the best of L&W's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the U.S. Trustee Guidelines, Local Rule 2016-2, and the Interim Compensation Order.

*[Remainder of page left intentionally blank]*

WHEREFORE, L&W respectfully requests that (a) a final allowance be made to L&W pursuant to the terms of the Interim Compensation Order with respect to the sums of $4,437,746.50 as compensation and $29,977.84 for reimbursement of actual and necessary expenses, for a total of $4,467,724.34 for the Final Fee Period; and (b) such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: January 19, 2024
New York, New York

/s/ Caroline A. Reckler

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Andrew D. Sorkin (admitted *pro hac vice* )
Brett M. Neve (admitted *pro hac vice*)
Randall Carl Weber-Levine (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:   george.davis@lw.com
         andrew.sorkin@lw.com
         brett.neve@lw.com
         randall.weber-levine@lw.com

- and -

Caroline Reckler (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:   caroline.reckler@lw.com

*Counsel for Debtors and Debtors in Possession*